2:23-cv-00152-KGB-JTR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 17 2023
TAMMY H DOWNS, CLERK
By: _____ DEP CLERK

On 6-27-23 After dening me medical multiple times Ms. Dickerson continues to lie about getting my Blood Pressure under control. I have wrote her multiple time on the kiosk and she still ignores me. My first time going to the dentist I could not get my teeth pulled because my Blood Pressure was to high. Mr. White who is a correctional officer here is a witness to this. I recently had another appointment and I still could not get my teeth pulled because my Blood Pressure was to high the captain of this jail is a witness to this incident also. I have missed my Blood Pressure medicine multiple times while nurse Dickerson have ignored the problem. I fear of having a stroke or even losing my life after I watched Micheal Ames commit suicide and hang over the top tear for over a hour with no officers to help. Regular officers with no rank pass out medical prescriptions with no license. I asked Ms. Dickerson for the print out of our messages and she continues to ignore me. I have no option left after asking Lt. Hines and Captain Jeff about my situation so I am seeking help. If I am not writing the right person could you please lead me in the right direction before it's to late.

This case assigned to District Judge **Baker**
and to Magistrate Judge **Volpe**

Jamari Moten
350 Afco road
West Memphis, Ar
72301

MEMPHIS TN 3

12 JUL 2023  PM 1  L

United States District Court
Richard Sheppard Arnold united states courthouse
Clerk's office
600 West Capitol Avenue
Suite A-149
Little Rock, Arkansas 72201-3325

72201-339919