**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JAMARI MOTEN** **PLAINTIFF**

**v.** **Case No. 2:23-cv-00152-KGB**

**DOES** **DEFENDANTS**

**ORDER**

When plaintiff Jamari Moten filed this lawsuit, he was in custody at the Crittenden County Detention Center ("CCDC") (Dkt. No. 2). On October 30, 2023, November 8, 2023, and December 27, 2023, mail to Moten at the CCDC was returned undeliverable (Dkt. Nos. 5, 6, 7). As a result, the Court entered a show cause Order to require Moten to inform the Court of his current contact information (Dkt. No. 8). The Court advised Moten that failure to provide the Court with a valid mailing address within 30 days of the entry of this Order may result in dismissal of this case without prejudice for failure to prosecute. *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Moten has not complied with or otherwise responded to the Court's January 27, 2026, Order, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice Moten's complaint for failure to prosecute (Dkt. No. 1).

It is so ordered this 31st day of August, 2026.

Kristine G. Baker
Chief United States District Judge