**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JAMARI MOTEN** **PLAINTIFF**

**v.** **Case No. 2:23-cv-00152-KGB**

**DOES** **DEFENDANTS**

# JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jamari Moten's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 31st day of August, 2026.

Kristine G. Baker
Chief United States District Judge